UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAVID B. JONES,

                   Plaintiff,

                                   ORDER
v.                             05-CV-182A

COMMISSIONER GLENN GOORD, et al.,

                   Defendants.

---

       The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On January 23, 2008, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant Raczkowski's motion for summary judgment be granted.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed[1], it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant Raczowski's motion for summary judgment is granted.

       SO ORDERED.

                                         s/ *Richard J. Arcara*
                                         HONORABLE RICHARD J. ARCARA
                                         CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT

DATED: March 31, 2008

---

[1] Plaintiff sent a letter to the Court dated March 25, 2008, in which he advised he had no objections and asked the Court to dismiss the action.